United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO P. MARTINEZ, | No. C 09-3544 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CDC STATE OF CALIFORNIA, | |
| Defendant. | |

This is a civil rights case brought pro se by a state prisoner. The only defendant named is the California Department of Corrections, a state agency. The California Department of Corrections and Rehabilitation, as it is now known, cannot be sued in federal court. *See Brown v. Cal. Dep't of Corrs.*, 554 F.3d 747, 752 (9th Cir. 2009) (California Department of Corrections and California Board of Prison Terms entitled to 11th Amendment immunity). In addition, plaintiff's claim is for a correctional officer's negligent loss of some of his personal property. Neither the negligent nor intentional deprivation of property states a due process claim under Section 1983 if the deprivation was random and unauthorized, as seems to be the case here. *See Parratt v. Taylor*, 451 U.S. 527, 535-44 (1981) (state employee negligently lost prisoner's hobby kit), *overruled in part on other grounds, Daniels v. Williams*, 474 U.S. 327, 330-31 (1986); *Hudson v. Palmer*, 468 U.S. 517, 533 (1984) (intentional destruction of inmate's property). For these reasons, the complaint is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:     August 31    , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1  G:\PRO-SE\WHA\CR.09\MARTINEZ3544.DSM.wpd